**IN THE SUPREME COURT
STATE OF NORTH DAKOTA**

_____

2024 ND 207

_____

In the Matter of the Application for
Disciplinary Action Against David R.
Spencer, A Member of the
Bar of the State of North Dakota

----------------

Disciplinary Board of the Supreme Court
of the State of North Dakota,                                    Petitioner

     v.

David R. Spencer,                                                         Respondent

_____

No. 20240307

_____

APPLICATION FOR INTERIM SUSPENSION.

INTERIM SUSPENSION ORDERED.

Per Curiam.

[¶1]   On November 5, 2024, an Application for Interim Suspension of David R. Spencer, a member of the Bar of North Dakota, was filed under N.D.R. Lawyer Discipl. 3.4, by Kara J. Erickson, Disciplinary Counsel. The Application and evidence indicated that Spencer was failing to comply with the terms of his probation and that there were instances demonstrating that clients were being harmed.

[¶2]   N.D.R. Lawyer Discipl. 3.4 provides that upon the filing with the Court of evidence that a lawyer has committed misconduct or is disabled, and poses a substantial threat of irreparable harm to the public, the Court may enter an order immediately suspending the lawyer pending final disposition of the disciplinary proceedings predicated upon the conduct causing harm or may order other action as deemed appropriate given the situation.

[¶3]  The Court is satisfied that the evidence presented is sufficient to demonstrate that Spencer recently demonstrated misconduct or a disability that has impaired his ability to practice law by failing to attend three recent court appearances without any notice.

[¶4]   Sufficient evidence is present that Spencer's immediate interim suspension is warranted and that his further participation in the practice of law poses a substantial threat of irreparable harm to the public.

[¶5]  **ORDERED**, under N.D.R. Lawyer Discpl. 3.4, David R. Spencer's license to practice law in North Dakota is SUSPENDED effective immediately and until further order of this Court, pending final disposition of the disciplinary or disability proceedings predicated upon the conduct causing harm.

[¶6]  **IT IS FURTHER ORDERED** that Spencer be required to participate with the Lawyers Assistance Program during the course of this interim suspension pursuant to N.D.R. Lawyer Discipl. 3.4(B).

[¶7]  **IT IS FURTHER ORDERED**, upon request by Spencer or disciplinary counsel the Court shall within ten days provide an opportunity for Spencer to demonstrate that the order should not remain in force.

[¶8]  Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr